UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VICTOR EMANUEL RODRIGUEZ,<br><br>　　　　　　　　Plaintiff,<br>v.<br>JAMES EDWARD PATINO, et al.,<br>　　　　　　　　Defendant. | Case No. 2:16-cv-00384-JAD-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The last extension of the Discovery Plan and Scheduling Order (ECF No. 51) filed March 31, 2017, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than July 28, 2017. Plaintiff and defendant both filed Motions for Partial Summary Judgment (ECF Nos. 52, 53). The district granted defendant's motion for partial summary judgment, and granted in part plaintiff's motion for partial summary judgment in an Order (ECF No. 58) entered August 28, 2017. The parties were therefore required to file a joint pretrial order within 30 days after a decision of the summary judgment motion. The district judge referred the case for a mandatory settlement conference which is scheduled for November 15, 2017. However, the order referring the matter for a settlement conference did not stay or delay the obligation to file the joint pretrial order. Accordingly,

**IT IS ORDERED** that:

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **November 28, 2017.** Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions. *See* Fed. R. Civ. P. 41(b).

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 2nd day of November, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE