BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 13484
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
*email: admin@sdlawoffice.net*

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR EMANUEL RODRIGUEZ, | CASE NO.: 2:16-cv-00384 -JAD-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND PRETRIAL ORDER DEADLINE** |
| JAMES EDWARD PATINO, an individual; WAL-MART STORES, INC., a Delaware Corporation d/b/a WAL-MART TRANSPORTATION, LCC; DOES I through X, and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

The current deadline for filing the pretrial order is December 13, 2017 (Docket No. 61). The parties, through their undersigned counsel, stipulate and agree to extend the deadline 16 days or December 29, 2017.

The reasons for the extension are five-fold:

1

1. Parties are still engaged in settlement discussions;
2. Concurrently, the parties need additional time to contact their respective experts and coordinate the dates they are available for trial;
3. Mr. Patino and Mr. Clayton, Wal-Mart's 30 (b)(6) witness, both live out of state. Thus, additional time is necessary to arrange their availability for trial; and
4. The parties are beginning work on stipulations on admissibility of evidence, which will eliminate unnecessary motions in limine; and

| | |
|---|---|
| DATED this 8th day of December, 2017. | DATED this 8th day of December, 2017. |
| */s/ Bruce Scott Dickinson*_____<br>BRUCE SCOTT DICKINSON<br>Nevada Bar No. 002297<br>MICHAEL E. HOTTMAN, ESQ.<br>Nevada Bar No.: 008501<br>JACQUELYN M. FRANCO, ESQ.<br>Nevada Bar No. 13484<br>STEPHENSON & DICKINSON<br>2820 W. Charleston Blvd., Suite 19<br>Las Vegas, Nevada 89102<br>P: 702-474-7229<br>F: 702-474-7237<br>*Attorney for Defendants* | */s/ Scott Philippus*_____<br>ERIC BLANK, ESQ.<br>Nevada Bar No.: 006910<br>SCOTT PHILIPPUS, ESQ.<br>Nevada Bar No.: 013223<br>LAW OFFICES OF ERIC BLANK, P.C.<br>7860 W. Sahara, Suite 110<br>Las Vegas, NV 89117<br>T: 702-222-2115<br>F: 702-227-0615<br>*Attorneys for Plaintiff* |

**ORDER**

**IT IS SO ORDERED this 15th day of December, 2017**

_____
**UNITED STATES MAGISTRATE JUDGE**