# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VICTOR EMANUEL RODRIGUEZ,

    Plaintiff(s),

v.

JAMES EDWARD PATINO, et al.,

    Defendant(s).

Case No.: 2:16-cv-00384-NJK

**Order**

The parties have consented to the undersigned presiding over the jury trial in this case. Docket No. 73. The trial is estimated to last five to six days. Docket No. 67 at 6. The Court hereby **ORDERS** the parties to confer on proposed trial dates, and to file a stipulation with agreed upon trial dates by May 7, 2018.[1]

IT IS SO ORDERED.

Dated: April 30, 2018

Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court understands the parties are seeking a trial in September 2018. The Court is generally available during that month, except for the week of September 24, 2018, during which the undersigned is on criminal duty.

1