# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR EMANUEL RODRIGUEZ, | Case No.: 2:16-cv-00384-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| JAMES EDWARD PATINO, et al., | |
| Defendant(s). | |

Pending before the Court is the parties' stipulation for a trial date, Docket No. 75, which is GRANTED in part. Trial shall commence at 9:00 a.m. on September 12, 2018.

IT IS SO ORDERED.

Dated: May 8, 2018

Nancy J. Koppe
United States Magistrate Judge