# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR EMANUEL RODRIGUEZ, | Case No.: 2:16-cv-00384-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| JAMES EDWARD PATINO, et al., | |
| Defendant(s). | |

This case is set for trial on September 12, 2018. Docket No. 77. The parties have filed a notice of settlement, indicating that they will file a stipulation of dismissal by September 10, 2018. Docket No. 81. No reason is articulated why the parties need another six weeks to file dismissal papers. The Court declines to vacate the trial date and related deadlines, except that it will continue the deadline for motions in limine to August 22, 2018, with responses due August 29, 2018.

IT IS SO ORDERED.

Dated: August 2, 2018

_____
Nancy J. Koppe
United States Magistrate Judge