# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR EMANUEL RODRIGUEZ,<br><br>    Plaintiff(s),<br><br>v.<br><br>JAMES EDWARD PATINO, et al.,<br><br>    Defendant(s). | Case No.: 2:16-cv-00384-NJK<br><br>**Order** |

This case is set for trial on September 12, 2018. Docket No. 77. The parties settled this case but have indicated that they are unable to file dismissal papers at this time. Docket No. 83. The trial is hereby **VACATED** and the parties are **ORDERED** to file dismissal papers by September 10, 2018.

IT IS SO ORDERED.

Dated: August 22, 2018

                                                    Nancy J. Koppe
                                                    United States Magistrate Judge